**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE**

**KINSALE INSURANCE COMPANY** **PLAINTIFF**

**v.** **Civil Action No. 4:26-cv-64-GHD-JMV**

**CASCIO STORAGE AND WAREHOUSE, INC.** **DEFENDANT**

**ORDER GRANTING STAY OF PROCEEDINGS**

**THIS CAUSE,** having come before the Court on the Joint Motion for Stay of Proceedings [Dkt. #11] filed by the parties herein, and the Court, after considering same, finds said motion to be well taken.

**IT IS, THEREFORE, ORDERED** that the above styled and numbered cause be stayed until the earlier of ninety (90) days (Tuesday, January 5, 2027) or further order of the Court. Upon the lifting of the stay, Defendant shall have fifteen (15) days within which to file a responsive pleading. The parties are directed to provide a status update as to the underlying Louisiana matter to this Court by December 30, 2026, in the event they wish for the stay to be continued.

**SO ORDERED,** this the 7th day of October, 2026.

*/s/ Jane M. Virden*
U. S. MAGISTRATE JUDGE